UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jason Christopher Woodlief**  Docket No. 5:15-CR-368-1BO

## Petition for Action on Supervised Release

COMES NOW Erica W. Foy, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jason Christopher Woodlief, who, upon an earlier plea of guilty to Counterfeiting and Forging Any Obligation and Security of the United States, 18 U.S.C. § 471, and Passing or Uttering Any Counterfeit Obligations and Securities of the United States, 18 U.S.C. § 472, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on October 25, 2016, to the custody of the Bureau of Prisons for a term of 33 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Jason Christopher Woodlief was released from custody on July 13, 2018, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 14, 2018, the defendant reported to the probation officer that he has been smoking marijuana weekly since beginning supervision. He advised that it will not be a problem for him to quit smoking the substance. The probation office would like to offer Mr. Woodlief the opportunity to participate in substance abuse treatment in an attempt to assist him in his substance abuse recovery. In addition, we will place him in our Surprise Urinalysis Program for closer monitoring. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,  I declare under penalty of perjury that the foregoing is true and correct.

/s/Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

/s/Erica W. Foy
Erica W. Foy
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8665
Executed On: August 14, 2018

Jason Christopher Woodlief
Docket No. 5:15-CR-368-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this _15_ day of _August_, 2018, and ordered filed and made a part of the records in the above case.

_/s/ Terrence Boyle_
Terrence W. Boyle
U.S. District Judge